UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>) Crim. No. 06-59-P-S<br>TIMOTHY PULK and ANGELA )<br>SARGENT, )<br>)<br>  Defendants )<br>) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 24, 2007, his Recommended Decision (Docket No. 128). Defendant Timothy Pulk filed his Objection to the Recommended Decision (Docket No. 145) on February 8, 2007. The Government filed its response to Defendant Pulk's Objection (Docket No. 149) on February 13, 2007. Defendant Angela Sargent did not file an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2.  It is ORDERED that the motion to suppress of defendant Timothy Pulk (Docket No.

85) and the joint motion to suppress of defendants Timothy Pulk and Angela Sargent (docket No. 87) are DENIED.

                                          /s/George Z. Singal_____
                                          George Z. Singal
                                          Chief U.S. District Judge

Dated:  March 20, 2007